**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Julio SANDOVAL–LEYVA, Defendant–Appellant.**

No. 05–10531.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 14, 2008 *.

Filed Jan. 18, 2008.

George Ferko, Esq., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Peter B. Keller, Esq., Keller & Postero, Tucson, AZ, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM **

Julio Sandoval–Leyva appeals from his 41–month sentence imposed following a guilty plea to illegal reentry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Sandoval–Leyva contends that his sentence is unreasonable under *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), because the district court failed to expressly discuss all of Sandoval–Leyva's mitigation contentions under 18 U.S.C. § 3553(a). However, the record reflects that the district court listened to the parties' arguments and considered the § 3553(a) factors in a reasoned manner, imposing a sentence at the low end of the applicable Guidelines range. *See Rita v. United States,* — U.S. —, 127 S.Ct. 2456, 2468–70, 168 L.Ed.2d 203 (2007). We conclude that Sandoval–Leyva's sentence is not unreasonable. *See Gall v. United States,* — U.S. —, 128 S.Ct. 586, 597–98, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.